# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Kareen J. Anderson,

    Plaintiff

v.

Child Protective Services,

    Defendant

Case No.: 2:17-cv-00659-JAD-PAL

**Order Adopting Report and Recommendation, Granting and Denying Motions, and Dismissing Case**

**[ECF Nos. 6, 8]**

    Kareen Anderson, a pretrial detainee in custody at the Nevada Southern Detention Center, attempts to state a claim against Child Protective Services ("CPS") for refusing to release his two-year-old daughter into a temporary guardianship with his sister.[1] Magistrate Judge Peggy Leen recommends that Anderson's application to proceed in forma pauperis[2] be denied and that the case be dismissed.[3]

    The report and recommendation was entered May 2, 2017, making May 16, 2017, the deadline to file an objection. Anderson filed a response on May 24, 2017, stating that he "do[es] not wish to appeal [Judge Leen's] decision."[4] "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[5]

    Accordingly, with good cause appearing and no reason to delay, IT IS HEREBY ORDERED that Judge Leen's report and recommendation **[ECF No. 8] is ACCEPTED and ADOPTED**;

---

[1] ECF No. 1.

[2] ECF No. 6.

[3] ECF No. 8.

[4] ECF No. 9.

[5] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Anderson's application to proceed in forma pauperis **[ECF No. 6] is DENIED**; and Anderson's claims are **DISMISSED**. The Clerk of Court is directed to enter judgment accordingly and **CLOSE THIS CASE**.

DATED June 1, 2017.

_____
Jennifer A. Dorsey
United States District Judge